UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD POWELL,<br><br>    Plaintiff,<br><br>v.<br><br>WASHOE COUNTY DETENTION FACILITY, *et al.*,<br><br>    Defendants. | Case No. 3:20-cv-0188-RCJ-WGC<br><br>**ORDER** |

Plaintiff has filed an updated address with this Court that is at a location other than a facility operated by the Nevada Department of Corrections (NDOC). According to the NDOC inmate database, Plaintiff is no longer a prisoner in the custody of the NDOC.

Previously, the Court denied Plaintiff's application to proceed *in forma pauperis* for prisoners because Plaintiff had failed to attach a financial certificate and inmate account statement to his application. ECF No. 5. The Court ordered Plaintiff to either (1) file a <u>fully complete</u> application to proceed *in forma pauperis* using the correct form with complete financial attachments, or (2) pay the full $400 fee for filing a civil action. *Id.* Plaintiff partially complied by filing only the financial documents but did not comply with the Court's order to also submit a completed application to proceed *in forma pauperis*. ECF No. 12. Even if Plaintiff had submitted a complete prisoner application, the Court would be required to deny that application as moot, as Plaintiff is no longer a prisoner.

The Court will provide Plaintiff a final opportunity to either (1) file a <u>fully complete</u> application to proceed *in forma pauperis* or (2) pay the full filing fee of $400. However, as

the Plaintiff is no longer incarcerated, he must file an application for a non-prisoner to proceed *in forma pauperis* within 30 days.

The Court will continue to retain Plaintiff's civil rights complaint (ECF No. 1-1) but will not file it until the matter of the payment of the filing fee is resolved.

Therefore,

THE COURT **ORDERS** that the Clerk of the Court SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

THE COURT FURTHER **ORDERS** that within **30 days** from the date of this order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full filing fee of $400 for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that this case will be closed if Plaintiff fails to timely comply with this order.

DATED THIS 22nd day of February 2021.

*William G. Cobb*
United States Magistrate Judge